IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

NICKY J. BARBER                                            PLAINTIFF

      v.                                 CIVIL NO. 07-3065

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                  DEFENDANT

## O R D E R

On this 12th day of February, 2009, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  For reasons set forth in the report and recommendation filed by the Honorable James R. Marshchewski, United States Magistrate Judge for the Western District of Arkansas, on January 8, 2009, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $2,458.14.  This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

     IT IS SO ORDERED.

                                                 /s/Jimm Larry Hendren
                                                 HON. JIMM LARRY HENDREN
                                                 UNITED STATES DISTRICT JUDGE